| | |
|---|---|
| 1 | Christopher R. LeClerc, CA Bar No. 233479 |
| 2 | chris@leclerclaw.com<br>LE CLERC & LE CLERC, LLP |
| 3 | 235 Montgomery Street, Suite 1019<br>San Francisco, CA 94104 |
| 4 | Telephone: 415.445.0900<br>Facsimile: 415.445.9977 |
| 5 | |
| 6 | Attorney for Plaintiff<br>VICTOR JIMENEZ |
| 7 | |
| 8 | Michael J. Sexton, State Bar No. 153435<br>michael.sexton@ogletreedeakins.com |
| 9 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>695 Town Center Drive, Suite 1500 |
| 10 | Costa Mesa, CA 92626<br>Telephone: 714.800.7900<br>Facsimile: 714.754.1298 |
| 11 | |
| 12 | Jill V. Cartwright, State Bar No. 260519 |
| 13 | jill.cartwright@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 14 | Steuart Tower, Suite 1300<br>One Market Plaza |
| 15 | San Francisco, CA 94105<br>Telephone: 415.442.4810<br>Facsimile: 415.442.4870 |
| 16 | |
| 17 | Attorneys for Defendant<br>HOME DEPOT U.S.A., INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VICTOR JIMENEZ, an Individual,<br><br>       Plaintiff,<br><br>    vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1-100, inclusive,<br><br>       Defendant. | Case No. C 12 4686 TEH<br><br>**STIPULATION TO REQUEST TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:    July 27, 2012<br>Trial Date:      None Set |

Case No. C 12 4686 TEH
STIPULATION TO REQUEST TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 16-10(a), Michael J. Sexton, lead trial counsel and counsel of record for Defendant Home Depot U.S.A., Inc., respectfully requests the Court's permission to attend the Initial Case Management Conference, scheduled in this matter for December 11, 2012 at 1:30 p.m., by telephone. Plaintiff's counsel, Christopher LeClerc, stipulates and agrees to with this request. The parties and undersigned counsel agree that Mr. Sexton will be able to fully participate in the Case Management Conference by telephone without detriment to the proceedings, and that therefore the additional expense that would be incurred by Mr. Sexton, who is located in Costa Mesa, California, appearing in person is unwarranted.

DATED: December 3, 2012

LE CLERC & LE CLERC, LLP

By: /s/ Christopher LeClerc
Christopher R. LeClerc

Attorneys for Plaintiff
VICTOR JIMENEZ

DATED: December 3, 2012

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Michael Sexton
Michael J. Sexton
Jill V. Cartwright

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: December 3, 2012

By: /s/ Jill Cartwright
Jill V. Cartwright

1    Case No. C 12 4686 TEH
STIPULATION TO REQUEST TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

1 **[PROPOSED] ORDER**

2     Having read the Request for Telephonic Appearance by Defendant Home Depot U.S.A.,
3 Inc. and Plaintiff Victor Jimenez, the Court finds that good cause exists therefore.
4     Accordingly, the Court hereby orders that:
5     Michael J. Sexton, counsel of record for Defendant Home Depot U.S.A., Inc., may appear
6 telephonically on December 10, 2012 at 1:30 p.m., for the Initial Case Management Conference in
7 this matter.

9 Dated: __12/03/2012__

HONORABLE ~~~ HENDERSON
UNITED STATES JUDGE

*Judge Thelton E. Henderson*

11 13862332.1 (OGLETREE)