1  Christopher R. LeClerc, CA Bar No. 233479
   chris@leclerclaw.com
2  LE CLERC & LE CLERC, LLP
   235 Montgomery Street, Suite 1019
3  San Francisco, CA 94104
   Telephone:    415.445.0900
4  Facsimile:    415.445.9977

5  Attorney for Plaintiff
   VICTOR JIMENEZ
6

7
   Michael J. Sexton, State Bar No. 153435
8  michael.sexton@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
9  695 Town Center Drive, Suite 1500
   Costa Mesa, CA  92626
10 Telephone:    714.800.7900
   Facsimile:    714.754.1298
11

12 Jill V. Cartwright, State Bar No. 260519
   jill.cartwright@ogletreedeakins.com
13 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
14 One Market Plaza
   San Francisco, CA  94105
15 Telephone:    415.442.4810
   Facsimile:    415.442.4870
16
   Attorneys for Defendant
17 HOME DEPOT U.S.A., INC.

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20                           **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 21  VICTOR JIMENEZ, an Individual, | Case No. C 12 4686 TEH |
| 22           Plaintiff, | **STIPULATION TO REQUEST TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| 23           vs. | |
| 24  HOME DEPOT U.S.A., INC.; and DOES 1-100, inclusive, | |
| 25           Defendant. | Action Filed:    July 27, 2012<br>Trial Date:       None Set |
| 26 | |

27

28

1     Pursuant to Local Rule 16-10(a), Michael J. Sexton, lead trial counsel and counsel of record for Defendant Home Depot U.S.A., Inc., respectfully requests the Court's permission to attend the Initial Case Management Conference, scheduled in this matter for December 11, 2012 at 1:30 p.m., by telephone. Plaintiff's counsel, Christopher LeClerc, stipulates and agrees to with this request. The parties and undersigned counsel agree that Mr. Sexton will be able to fully participate in the Case Management Conference by telephone without detriment to the proceedings, and that therefore the additional expense that would be incurred by Mr. Sexton, who is located in Costa Mesa, California, appearing in person is unwarranted.

DATED: December 3, 2012

LE CLERC & LE CLERC, LLP

By:   /s/ Christopher LeClerc
       Christopher R. LeClerc

Attorneys for Plaintiff
VICTOR JIMENEZ

DATED: December 3, 2012

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ Michael Sexton
       Michael J. Sexton
       Jill V. Cartwright

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

### SIGNATURE ATTESTATION

    Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: December 3, 2012

By:   /s/ Jill Cartwright
       Jill V. Cartwright

# [PROPOSED] ORDER

Having read the Request for Telephonic Appearance by Defendant Home Depot U.S.A., Inc. and Plaintiff Victor Jimenez, the Court finds that good cause exists therefore.

Accordingly, the Court hereby orders that:

Michael J. Sexton, counsel of record for Defendant Home Depot U.S.A., Inc., may appear telephonically on December 10, 2012 at 1:30 p.m., for the Initial Case Management Conference in this matter.

Dated: _12/03/2012_

_____
HONORABLE HENDERSON
UNITED STATES JUDGE

*Judge Thelton E. Henderson*

13862332.1 (OGLETREE)