Christopher R. LeClerc, Esq. (SB# 233479)
**LE CLERC & LE CLERC LLP**
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone: (415) 445-0900
Fax: (415) 445-9977
Email: chris@leclerclaw.com

Stephen Danz (SB# 68318)
**STEPHEN DANZ & ASSOCIATES**
11661 San Vicente Blvd., Suite 500
Los Angeles, CA 90049
Telephone: (877) 789-9707
Fax: (310) 207-5006
Email: stephen.danz@employmentattorneyca.com

Attorneys for Plaintiff
VICTOR JIMENEZ

Michael J. Sexton, CA Bar No. 153435
michael.sexton@ogletreedeakins.com
Jill V. Cartwright, CA Bar No. 260519
jill.cartwright@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:   415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR JIMENEZ, an individual, ) | Case No. C 12-cv-04686 TEH |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE** |
| v. ) | |
| ) | |
| HOME DEPOT U.S.A., INC.; and DOES ) 1-100, inclusive, ) | Action Filed: October 8, 2010 Trial Date: None Set |
| ) | |
| Defendants. ) | |
| ) ) | |

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE
JIMENEZ V. HOME DEPOT U.S.A.,INC. , ET AL. (CASE NO. C 12-04686 TEH)

## RECITALS

Whereas, the parties entered into a stipulation to mediation this matter through the Northern District of California's alternative dispute resolution program.

Whereas, the Court entered an Order on the parties' stipulation referring the case into the Northern District's mediation program on November 20, 2012.

Whereas, the presumptive deadline for this mediation to occur is 90 days after the date of that Order, which is February 18, 2013.

Whereas, to facilitate discovery important to resolving the underlying dispute and in light of the calendars of counsel and the mediator, Mr. F. Curt Kirschner, the parties have agreed to mediate this dispute on April 2, 2013, provided that the Court grants this extension to the deadline.

## STIPULATION

In light of the foregoing, the parties by and through counsel, hereby stipulate that the Court enter an order continuing the deadline for the mediation in this matter to occur until on or after April 2, 2013.

Dated: January 24, 2013    **Le Clerc & Le Clerc LLP**

By: /s/ *Christopher R. LeClerc*
Christopher R. LeClerc, Esq.
Attorney for Plaintiff
Victor Jimenez

Dated: January 24, 2013    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ *Jill Cartwright*
Michael Sexton
Jill Cartwright
Attorney for Defendant
Home Depot U.S.A., Inc.

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE
JIMENEZ V. HOME DEPOT U.S.A.,INC. , ET AL. (CASE NO. C 12-04686 TEH)

## [PROPOSED] ORDER

Having reviewed the recitals and the stipulation of the parties, and good cause appearing, it is hereby **ORDERED** that the mediation deadline in this matter be extended until April 2, 2013.

**IT IS SO ORDERED.**

Dated: _____1/25_____, 2013



Hon. Thelton E. Henderson
Judge, United States District Court
Northern District of California