Christopher R. LeClerc, CA Bar No. 233479
chris@leclerclaw.com
LE CLERC & LE CLERC, LLP
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone:   415.445.0900
Facsimile:   415.445.9977

Stephen Danz, CA Bar No. 68318
stephen.danz@employmentattorneyca.com
STEPHEN DANZ & ASSOCIATES
11661 San Vicente Blvd, Suite 500
Los Angeles, CA 90049
Telephone:   877.789.9709
Facsimile:   310.207.5006

Attorneys for Plaintiff
VICTOR JIMENEZ

Michael J. Sexton, CA Bar No. 153435
michael.sexton@ogletreedeakins.com
Jill V. Cartwright, CA Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR JIMENEZ, an Individual, | Case No. C 12 4686 TEH |
| Plaintiff, | **STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)** |
| vs. | |
| HOME DEPOT U.S.A., INC.; and DOES 1-100, inclusive, | |
| Defendant. | Action Filed:   July 27, 2012<br>Trial Date:   December 3, 2013 |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: August 16, 2013                      LE CLERC & LE CLERC, LLP

                                            By: /s/ Christopher LeClerc
                                                Christopher R. LeClerc
                                                Stephen Danz

                                            Attorneys for Plaintiff
                                            VICTOR JIMENEZ

DATED: August 16, 2013                      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                            By: /s/ Jill V. Cartwright
                                                Michael J. Sexton
                                                Jill V. Cartwright

                                            Attorneys for Defendant
                                            HOME DEPOT U.S.A., INC.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: August 16, 2013                      By: /s/ Jill Cartwright
                                                Jill V. Cartwright

**[PROPOSED] ORDER**

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice.

IT IS SO ORDERED

DATED: 08/19/2013

Hon. Thelton E. Henderson
United States District Judge

15706543.1