1  Christopher R. LeClerc, CA Bar No. 233479
   chris@leclerclaw.com
2  LE CLERC & LE CLERC, LLP
   235 Montgomery Street, Suite 1019
3  San Francisco, CA 94104
   Telephone:    415.445.0900
4  Facsimile:    415.445.9977

5  Stephen Danz, CA Bar No. 68318
   stephen.danz@employmentattorneyca.com
6  STEPHEN DANZ & ASSOCIATES
   11661 San Vicente Blvd, Suite 500
7  Los Angeles, CA 90049
   Telephone:    877.789.9709
8  Facsimile:    310.207.5006

9  Attorneys for Plaintiff
10 VICTOR JIMENEZ

11

12 Michael J. Sexton, CA Bar No. 153435
   michael.sexton@ogletreedeakins.com
13 Jill V. Cartwright, CA Bar No. 260519
   jill.cartwright@ogletreedeakins.com
14 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
15 One Market Plaza
   San Francisco, CA 94105
16 Telephone:    415.442.4810
   Facsimile:    415.442.4870

17 Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
18

                    **UNITED STATES DISTRICT COURT**
19
                   **NORTHERN DISTRICT OF CALIFORNIA**
20
                         **SAN FRANCISCO DIVISION**
21

| | |
|---|---|
| VICTOR JIMENEZ, an Individual, | Case No. C 12 4686 TEH |
| Plaintiff, | **STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)** |
| vs. | |
| HOME DEPOT U.S.A., INC.; and DOES 1-100, inclusive, | |
| Defendant. | Action Filed:   July 27, 2012<br>Trial Date:     December 3, 2013 |

---
                                                    Case No. C 12 4686 TEH
STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: August 16, 2013

LE CLERC & LE CLERC, LLP

By: /s/ Christopher LeClerc
Christopher R. LeClerc
Stephen Danz

Attorneys for Plaintiff
VICTOR JIMENEZ

DATED: August 16, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Jill V. Cartwright
Michael J. Sexton
Jill V. Cartwright

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: August 16, 2013

By: /s/ Jill Cartwright
Jill V. Cartwright

**[PROPOSED] ORDER**

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice.

IT IS SO ORDERED

DATED: 08/19/2013

Hon. Thelton E. Henderson
United States District Judge

15706543.1